# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135376
& (59)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATRINA WASHINGTON, Personal
Representative of the Estate of
Dave Washington, Jr., Deceased,
          Plaintiff-Appellant,

v

WILLIAM A. JACKSON, M.D.,
HUGH ROLLOCKS, M.D.
and LENARD FOUCHE, M.D.,
          Defendants,

and

COMMUNITY HEALTH CARE
PROVIDERS, INC., f/k/a UNITED
COMMUNITY URGENT CARE
CENTER, INC.,
          Defendant-Appellee.

SC: 135376
COA: 258691
Wayne CC: 03-338177-NH

_____/

      On order of the Court, the motion to dismiss for lack of jurisdiction is DENIED. The application for leave to appeal the October 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

Clerk

l0317